UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TRACIE MARIE EKINS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CHAD BIANCO, SHERIFF,<br><br>　　　　　Respondent. | Case No. 5:23-cv-02199-VBF (DTB)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the action is dismissed without prejudice.

Dated:  February 7, 2025　　　　　　　　　/s/ Valerie Baker Fairbank

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge

1